```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

MARKUS JAMAAL RUDOLPH,            :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :
                                  :    CIVIL ACTION 16-0128-WS-M
CAROLYN W. COLVIN,                :
Social Security Commissioner,     :
                                  :
    Defendant.                    :

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be **AFFIRMED** and that this action be **DISMISSED.**

DONE this 12th day of December, 2016.

                                                s/WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE