```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

MARKUS JAMAAL RUDOLPH,            :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :
                                  :   CIVIL ACTION 16-0128-WS-M
CAROLYN W. COLVIN,                :
Social Security Commissioner,     :
                                  :
    Defendant.                    :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant, Carolyn W. Colvin, and against Plaintiff Markus Jamaal Rudolph.

DONE this 12th day of December, 2016.

                                          s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE